WILBUR J. ADAMS et al., complainants,

*v.*

THE LAMBERTVILLE LIGHT, HEAT AND POWER COMPANY OF NEW JERSEY, defendant.

[Argued March 11th, 1915. Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported *ante p. 96.*

*Mr. William J. Kraft,* for the complainants.

*Mr. Scott Scammell, Mr. W. Holt Apgar* and *Mr. Edward W. Hunt,* for the defendant.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.